E-FILED
Tuesday, 11 January, 2005 03:16:47 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 01-40037-002 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION: Rock Island |
|---|---|---|
| Wilbert J. Edwards<br>7743 South Marshfield<br>Chicago, IL 60620 | NAME OF SENTENCING JUDGE: HONORABLE MICHAEL M. MIHM | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/05/04   TO 01/04/08 |

**OFFENSE**

Possession with Intent to Distribute at least Five Grams of Cocaine Base (Crack)
21 U.S.C. 841(a)(1)&(b)(1)(B)

FILED
JAN 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/15/04
Date

S/Michael M. Mihm
HON. MICHAEL M. MIHM
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DEC 2 2 2004
Effective Date

S/Charles P. Kocoras
United States District Judge