

# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

Jan. 11, 2005

Clerk, U.S. District Court
Northern District of Illinois- Eastern Div.
219 S. Dearborn
Chicago, IL 60604

Re: USA v Wilbert Edwards
CDIL Case # 01-40037-002

Dear Clerk,

Enclosed you will find a signed, original order (Prob 22) allowing for the Transfer of Jurisdiction of Wilbert Edwards to your district. At this time, I am sending you certified copies of the following documents:

Indictment/Information
Judgment and Commitment Order
Financial record
Docket sheet

If you should need anything further, please do not hesitate to contact me.

Sincerely,

S/Denise Koester

Denise Koester, Deputy in Charge

Enc.

Please acknowledge receipt of these documents: _____    _____
                                                  Date              Signature