E-FILED
Tuesday, 18 January, 2005 08:39:15 AM
Clerk, U.S. District Court, ILCD

RECEIVED
JAN 1 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

Jan. 11, 2005

Clerk, U.S. District Court
Northern District of Illinois- Eastern Div.
219 S. Dearborn
Chicago, IL 60604

05CR0033
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

Re: USA v Wilbert Edwards
CDIL Case # 01-40037-002

FILED
JAN 1 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk,

Enclosed you will find a signed, original order (Prob 22) allowing for the Transfer of Jurisdiction of Wilbert Edwards to your district. At this time, I am sending you certified copies of the following documents:

Indictment/Information
Judgment and Commitment Order
Financial record
Docket sheet

If you should need anything further, please do not hesitate to contact me.

Sincerely,

Denise Koester

Denise Koester, Deputy in Charge

Enc.

Please acknowledge receipt of these documents: 1/14/05  /s/ C. Hoesly
                                                  Date      Signature

CAROLYN HOESLY